JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HERNANDEZ, | Case No.  CV 14-9404-GW(JEMx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS** |
| SPECIALIZED LOAN SERVICING, LLC, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on May 8, 2015 [35], it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: May 15, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE